IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
AT HARTFORD, CONNECTICUT

NOV 15 2019 PM3:16
FILED-USDC-CT-HARTFORD

## NOTICE OF FILING OF NOTICE OF REMOVAL

## BY DEFENDANT, SHERI SPEER

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, Sheri Speer hereby removes to this Court the state court action described below.

1. On or about, April 3, 2019, an action was commenced by Plaintiff in the State of Connecticut Judicial Branch, New London, Case No, KNL-CV-19-6040218-S.

2. Defendant was served with summons on March 20, 2019 and received a copy of Plaintiff's complaint on March 20, 2019. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A copy of the Services of Process, Complaint and Orders served upon Defendant in the state court action are attached hereto and referenced to collectively as Exhibit "A".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court be Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961 – 1968.

4. The other Defendants are DADE REALTY COMPANY, LLC and SOUTHERN NEW ENGLAND HOME BUYERS, LLC.

5. The bankruptcy stay under federal law was violated because this debt and asset is part of a bankruptcy estate RE : 41-2007 and the stay was never removed.

WHEREFORE, Defendant prays that this action be removed to the United States District Court for the District of Connecticut.

DATED this 15th day of November, 2019

_____
SHERI SPEER
151 TALMAN Street
NORWICH CT 06360

STATE OF CONNECTICUT)                          March 20, 2019

                              SS: Stonington

COUNTY OF NEW LONDON)

      Then and there, from the Post Office at Pawcatuck (Stonington), CT, I mailed a true and attested copy of the original Writ, Summons, Complaint, form JD-CV-103 attached as the first page, Appearance Form and entire process, with my doings endorsed thereon, letter prepaid, Certified Mail, Return Receipt Requested, addressed to **Edwin L. Baum, Agent for Service, Dade Realty Company I, LLC, 11341 Ohanu Circle, Boynton Beach, FL 33437.**

*(On March 19, 2019, I spoke with Atty. Edwin, Agent for Service for Dade Realty Company I, LLC, via telephone who told me that he is currently residing in FL and to mail him copies of the writ both by certified mail and regular 1st class mail as it is difficult for him to receive certified mail.)*

      And afterwards on March 20, 2019, by virtue hereof and by direction of the Plaintiffs attorney, I left a true and attested copy of the original Writ, Summons, Complaint, form JD-CV-103 attached as the first page, Appearance Form and entire process, with and in the hands of **Sheri Speer, Agent for Service and authorized to accept service for Southern New England Home Buyers, LLC**, the within named defendant, at said **151 Talman Street, Norwich, CT.**

      The within and foregoing is the original Writ, Summons, Complaint, form JD-CV-103, Appearance Form and entire process, in my hands for service, with my doings endorsed hereon.

Attest: _____
Joseph C. Heap II
State Marshal

**Fees:**
Defendants............ $ 60.00
Travel..................    1.16
Pages................... 39.00
Endorsements..........   4.00
Postage.................   8.00
            Total  $112.16

| | |
|---|---|
| RETURN DATE: APRIL 9, 2019 | : SUPERIOR COURT |
| CITY OF NORWICH | : J. D. OF NEW LONDON |
| VS. | : AT NEW LONDON |
| SOUTHERN NEW ENGLAND HOME BUYERS, LLC and DADE REALTY COMPANY I, LLC | : MARCH 12, 2019 |

## COMPLAINT

### COUNT ONE:

1. The Defendant, Southern New England Home Buyers, LLC, on October 1, 2015 was the record owner of real estate situated in the Plaintiff Town bounded and described as follows: See Schedule "A" attached hereto.

2. Thereafter, a tax in the amount of $2,007.00 was duly assessed upon this property and on July 1, 2016, the said obligation became due and payable and is a lien on this property.

3. No part of the obligation has been paid.

4. On May 25, 2017, the Plaintiff duly and properly filed and caused to be recorded on May 25, 2017 in the Records of the Plaintiff Town in Volume 3015 at Page 161, Certificates of Lien for the taxes with interest, fees and charges thereon.

5. There are no encumbrances senior and prior in right to the municipal tax lien herein being foreclosed.

#202597

BROWN JACOBSON attorneys
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360-0391
Juris # 06537  860.889.3321

6.   The following encumbrances are junior and subsequent in right to the municipal tax lien herein being foreclosed.

   a)   DADE REALTY COMPANY I, LLC may claim an interest in the premises by virtue of a mortgage in the principal amount of $110,000.00 dated and recorded July 16, 2010 in Volume 2627 at Page 255 and a lis pendens dated February 1, 2019 and recorded February 7, 2019 in Volume 3107, Page 90 of the Norwich Land Records. Said mortgage and lis pendens are subsequent in right and subordinate to the Plaintiff's lien.

**COUNT TWO:**

1.   The Defendant, Southern New England Home Buyers, LLC, on October 1, 2016 was the record owner of real estate situated in the Plaintiff Town bounded and described as follows: See Schedule "A" attached hereto.

2.   Thereafter, a tax in the amount of $3,748.12 was duly assessed upon this property and on July 1, 2017, the said obligation became due and payable and is a lien on this property.

3.   No part of the obligation has been paid.

4.   On May 17, 2018, the Plaintiff duly and properly filed and caused to be recorded on May 17, 2018 in the Records of the Plaintiff Town in Volume 3069 at Page 84, Certificates of Lien for the taxes with interest, fees and charges thereon.

BROWN JACOBSON
attorneys
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360-0391
Juris # 06537   860.889.3321

#202597

5-6.   Paragraphs Five through Six of the First Count are realleged as though fully set forth herein as Paragraphs Five through Six of the Second Count.

**COUNT THREE:**

1.   The Defendant, Southern New England Home Buyers, LLC, on October 1, 2017 was the record owner of real estate situated in the Plaintiff Town bounded and described as follows: See Schedule "A" attached hereto.

2.   Thereafter, a tax in the amount of $3,721.20 was duly assessed upon this property and on July 1, 2018, the said obligation became due and payable and is a lien on this property.

3.   No part of the obligation has been paid.

4-5.   Paragraphs Five through Six of the First Count are realleged as though fully set forth herein as Paragraphs Four through Five of the Third Count.

THE PLAINTIFF,
CITY OF NORWICH

By: _____
Aimee L. Wickless, of
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
Its Attorneys

#202597

Schedule "A"

A certain tract or parcel of land, with all the buildings and improvements thereon, on the southerly side of Talman Street, in the Town of Norwich, more particularly bounded and described as follows:

BEGINNING at the northeasterly corner of said tract at land now or formerly of Samuel Clark and running thence southerly bounding easterly on said Clark land about 176 feet; thence westerly, northerly, and westerly, said westerly courses being respectively about 148 feet and 200 feet in length, bounded southerly and westerly by land now or formerly of Edwin R. Edwards, et al; thence northerly bounding westerly on land now or formerly of Anna E. Vale about 130 feet, to the southerly line of Talman Street; thence easterly along the southerly line of said Talman Street to land now or formerly of J. Oliver Armstrong; thence southerly, easterly and northerly to the southerly line of said Talman Street, bounding easterly, northerly and westerly on said Armstrong land; thence easterly along the southerly line of said Talman Street to the point of beginning.

EXCEPTING THEREFROM a portion thereof conveyed to Ann P. Coyer by the Estate of Rose Falcone by deed dated August 9, 1972 and recorded in the Norwich Land Records, said piece previously conveyed being bounded and described as follows:

Beginning at an iron pipe in the southerly line of Talman Street at the northeast corner of this tract; thence running S. 34° 03' E. 115.2 feet to a spike, bounded on the east by land now or formerly of Michael Falcone and Rose Falcone; thence running along a fence S. 52° 26' W. 175.2 feet to a spike, bounded on the south by land now or formerly of Edwin R. Edwards, et al; thence running in a straight line N. 30° 56' W. 117.0 feet to an iron pipe set in the southerly line of Talman Street; bounded on the east by land now for formerly of Michael H. Falcone; thence running along the southerly line of said street N 52° 52' E. 168.8 feet to the point of beginning. Said tract contains 0.5 acres.

| | | |
|---|---|---|
| RETURN DATE: APRIL 9, 2019 | : | SUPERIOR COURT |
| CITY OF NORWICH | : | J. D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| SOUTHERN NEW ENGLAND HOME BUYERS, LLC and DADE REALTY COMPANY I, LLC | : | MARCH 12, 2019 |

## CLAIMS FOR RELIEF

**WHEREFORE**, the Plaintiff claims:

1. Immediate foreclosure of the tax liens;

2. Immediate possession of the premises;

3. A deficiency judgment against anyone cited herein as being personally obligated under said lien being foreclosed. No deficiency judgment will be sought against any such person whose obligation under said lien has been heretofore or hereafter discharged in bankruptcy.

4. Reasonable attorneys' fees, costs and interest.

5. Such other and further legal and equitable relief deemed appropriate by the Court of a plaintiff may be entitled in equity or law.

BROWN JACOBSON
attorneys
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360-0391
Juris # 06537  860.889.3321

#202597

The amount, legal interest or property in demand is more Two Thousand Five Hundred ($2,500.00) Dollars but less than Fifteen Thousand ($15,000.00) Dollars, exclusive of interest.

THE PLAINTIFF,<br>
CITY OF NORWICH<br><br>
By: _____<br>
Aimee L. Wickless, of<br>
Brown Jacobson P.C.<br>
22 Courthouse Square<br>
P.O. Box 391<br>
Norwich, CT 06360<br>
Its Attorneys

BROWN JACOBSON attorneys
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360-0391
Juris # 06537   860.889.3321

#202597

| | | |
|---|---|---|
| RETURN DATE: APRIL 9, 2019 | : | SUPERIOR COURT |
| CITY OF NORWICH | : | J. D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| SOUTHERN NEW ENGLAND HOME BUYERS, LLC and DADE REALTY COMPANY I, LLC | : | MARCH 12, 2019 |

## STATEMENT IN AMOUNT OF DEMAND

I, Aimee L. Wickless, the subscribing authority, hereby certify that the damages sought in the captioned action are:

___ less than $2,500.00, exclusive of interest and costs.

_xx_ $2,500.00 or more, but less than $15,000.00, exclusive of interest and costs.

___ $15,000.00 or more, exclusive of interest and costs.

___ The remedy sought is based upon an expressed/implied promise to pay a definite sum.

By: THE PLAINTIFF,
CITY OF NORWICH

Aimee L. Wickless, of
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360
Its Attorneys

BROWN JACOBSON attorneys
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360-0391
Juris # 06537   860.889.3321

#202597

Return to: Attorney Aimee L. Wickless
BROWN JACOBSON, P.C.
P. O. Box 391, Norwich, CT 06360

| | | |
|---|---|---|
| RETURN DATE: APRIL 9, 2019 | : | SUPERIOR COURT |
| CITY OF NORWICH | : | J. D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| SOUTHERN NEW ENGLAND HOME BUYERS, LLC and DADE REALTY COMPANY I, LLC | : | MARCH 12, 2019 |

### NOTICE OF LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above-named parties by complaint and summons thereon dated March 12, 2019, made returnable to the Superior Court for the Judicial District of New London at New London on April 9, 2019, which action is brought to foreclose tax liens by the City of Norwich.

The liened premises is that certain real property and building thereon, situated in the City of Norwich, County of New London and State of Connecticut, which is known as: **157 Talman Street**, and more particularly bounded and described as set forth in Schedule "A" attached hereto and incorporated by reference as if here set forth verbatim.

Dated at Norwich, Connecticut, this 12th day of March, 2019.

THE PLAINTIFF,
CITY OF NORWICH

By: _____
Aimee L. Wickless, of
Brown Jacobson P.C.
22 Courthouse Square - P.O. Box 391
Norwich, CT 06360

#202597

Schedule "A"

A certain tract or parcel of land, with all the buildings and improvements thereon, on the southerly side of Talman Street, in the Town of Norwich, more particularly bounded and described as follows:

BEGINNING at the northeasterly corner of said tract at land now or formerly of Samuel Clark and running thence southerly bounding easterly on said Clark land about 176 feet; thence westerly, northerly, and westerly, said westerly courses being respectively about 148 feet and 200 feet in length, bounded southerly and westerly by land now or formerly of Edwin R. Edwards, et al; thence northerly bounding westerly on land now or formerly of Anna E. Vale about 130 feet, to the southerly line of Talman Street; thence easterly along the southerly line of said Talman Street to land now or formerly of J. Oliver Armstrong; thence southerly, easterly and northerly to the southerly line of said Talman Street, bounding easterly, northerly and westerly on said Armstrong land; thence easterly along the southerly line of said Talman Street to the point of beginning.

EXCEPTING THEREFROM a portion thereof conveyed to Ann P. Coyer by the Estate of Rose Falcone by deed dated August 9, 1972 and recorded in the Norwich Land Records, said piece previously conveyed being bounded and described as follows:

Beginning at an iron pipe in the southerly line of Talman Street at the northeast corner of this tract; thence running S. 34° 03' E. 115.2 feet to a spike, bounded on the east by land now or formerly of Michael Falcone and Rose Falcone; thence running along a fence S. 52° 26' W. 175.2 feet to a spike, bounded on the south by land now or formerly of Edwin R. Edwards, et al; thence running in a straight line N. 30° 56' W. 117.0 feet to an iron pipe set in the southerly line of Talman Street; bounded on the east by land now for formerly of Michael H. Falcone; thence running along the southerly line of said street N 52° 52' E. 168.8 feet to the point of beginning. Said tract contains 0.5 acres.

JD-CV-103 Rev. 7-09



## YOU ARE BEING SUED

## AND YOU ARE IN DANGER OF LOSING YOUR PROPERTY

The Connecticut Superior Court requires that this notice be sent to you about the residential foreclosure process. This is not legal advice. Please read it carefully.

It is important that you learn about your options in foreclosure. There are government agencies, legal aid programs and other non-profit organizations that you may call for information about foreclosure.

To protect your rights, you should speak to an attorney or go to the foreclosure clerk, foreclosure caseflow coordinator or Court Service Center in the Court where your case was filed for information on what to do next. **If you do not take action, you could lose your property.**

**If you do not file an Appearance form with the Court, you will not get important notices about your case AND the Court may make a decision (enter a default judgment) against you.** File the Appearance form at the Court where your case is pending

You should also work with your lender or other person bringing this lawsuit or, if this foreclosure involves your home, to contact a HUD-certified housing counselor during this process

> If this foreclosure involves your home, you may be eligible for the Foreclosure Mediation program. Information about the program is attached to these papers and is also available at any Superior Court Judicial District courthouse or on the court's website at *www.jud.ct.gov*. To locate assistance near you, you may call the Connecticut Housing Finance Authority's call center toll free at 1-877-571-2432. Customer Service Representatives are available Monday through Friday from 8:30 a.m. to 5:00 p.m. You may also call 2-1-1 for other help.

### PROCEED WITH CAUTION

You may be contacted by people offering to help you avoid foreclosure. Please follow these precautions:

1. Get legal advice before entering into any deal involving your house.
2. Get legal advice before paying any money to anyone offering to help you avoid foreclosure.
3. Do not sign any papers you do not understand.

## READ THE PAPERS UNDER THIS NOTICE

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — See Back/Page 2
ADA Notice — See Back/Page 2

**Notice To Self-Represented Parties**
A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
| --- |
| |

| Docket number |
| --- |
| |

**Name of case** (Full name of Plaintiff vs. Full name of Defendant)

☐ Judicial District  ☐ Housing Session  ☐ Small Claims  ☐ Geographic Area number ____

Address of Court (Number, street, town and zip code)

Scheduled Court date (Criminal/Motor Vehicle Matters)

**Please Enter the Appearance of**

| Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
| --- | --- |
| | |

| Mailing Address (Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.) | Post office box | Telephone number (Area code first) |
| --- | --- | --- |
| | | |

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
| --- | --- | --- | --- | --- |
| | | | | |

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

☐ The Plaintiff (includes the person suing another person).
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant (includes the person being sued or charged with a crime).
☐ The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other (Specify): _____
☐ This is a Family Matters case and my appearance is for: ("x" one or both)
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file (P.B. Sec. 3-8): _____
   (Name and Juris Number)

2. ☐ This appearance is in addition to an appearance already on file.

I agree to accept papers (service) electronically in this case under Practice Book Section 10-13   ☐ Yes   ☐ No

| Signed (Individual attorney or self-represented party) | Name of person signing at left (Print or type) | Date signed |
| --- | --- | --- |
| ▶ | | |

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| | |

| Signed (Signature of filer) | Print or type name of person signing | Date signed | Telephone number | |
| --- | --- | --- | --- | --- |
| ▶ | | | | |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

## Instructions

1. Type or print.
2. **For Criminal and Motor Vehicle cases:** Fill out the form, including the certification section at the bottom of the form. File the original with the clerk. Mail or deliver a copy of the appearance to the prosecutor. *(Sections 3-4(d) and 3-5 of the Connecticut Practice Book)*
3. **For Civil, Eviction *(Summary Process)*, and Small Claims cases:** Fill out the form, including the certification section at the bottom of the form. File the original with the clerk. Mail or deliver a copy to all counsel and self-represented parties of record. If a party who has been defaulted for failure to appear files an appearance before the entry of judgment after default, the default will automatically be set aside by the clerk. *(Sections 3-4(a), 3-4(b), 3-5 and 17-20 of the Connecticut Practice Book)*
4. **For Family cases:** Fill out the form, including the certification section at the bottom of the form. In addition to selecting plaintiff or defendant, indicate the scope of your appearance. File the original with the clerk. Mail or deliver a copy to all counsel and self-represented parties of record. *(Sections 3-4(a) and 3-5 of the Connecticut Practice Book)*
5. **For Juvenile cases:** Do not use this form. Use form JD-JM-13 Appearance, Juvenile Matters.
6. **For Self-represented parties who have changed their address after filing an appearance:** Check the box at the top of the other side or page 1 of this form. Fill out the form, including your new address in the Mailing Address section of this form. Fill out the certification section at the bottom of the form. File the original with the clerk. Mail or deliver a copy to all counsel and self-represented parties of record or, in a criminal case, to the prosecutor.

JD-CL-12 (Back/Page 2) Rev. 9-13

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 70 Huntington Street, New London 06320 | (860) 443-5363 | 04 / 09 / 2019 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S §§ 51-346, 51-349) New London | Case type code (See list on page 2) Major: P   Minor: 00 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Brown Jacobson PC, 22 Courthouse Sq., PO Box 391, Norwich 06360 | 006537 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 889-3321 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No
Email address for delivery of papers under Section 10-13 (if agreed to): awickless@brownjacobson.com

Number of Plaintiffs: 1    Number of Defendants: 2    ☒ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: City of Norwich<br>Address: 100 Broadway, Norwich, CT 06360 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Southern New England Home Buyers, LLC<br>Address: Agent: Sheri Speer, 151 Talman Street, Norwich, CT 06360 | D-01 |
| Additional Defendant | Name: Dade Realty Company I, LLC<br>Address: Agent: Edwin L. Baum, 5 Bramble Bush, Avon, CT 06001 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Aimee L. Wickless | Date signed 03/12/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Certification Pursuant to Sec. 66-3

I certify that the foregoing document complies with provision of P.B. Sec. 66-3 in that the type size is either Arial of Univers, 12 points or larger, and otherwise conforms to the same rule of practice.

/s/speercommerical
Appellant, Sheri Speer

## Certification Pursuant to Sec. 62-7

A copy of the foregoing was sent to the following parties of record by first class mail on or before ~~October 26,~~ 2019 and is compliant with Practice Book Sec. 62-7.   NOV. 15.

/s/speercommerical
Appellant, Sheri Speer

Aimee L. Wickless
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

**Atty. for Plaintiff, CITY OF NORWICH**

Joseph R. Sastre
67 Chestnut St.
Bristol, CT 06010

**Atty. for Defendant, Dade Realty Company I, LLC**

2

Frank A. Manfredi
34 Courthouse Square
3rd Floor
Norwich, CT 06360

**Atty. for Defendant, Committee of Sale**