STATE OF CONNECTICUT)                                          March 20, 2019
                                  SS: Stonington
COUNTY OF NEW LONDON)

    Then and there, from the Post Office at Pawcatuck (Stonington), CT, I mailed a true and attested copy of the original Writ, Summons, Complaint, form JD-CV-103 attached as the first page, Appearance Form and entire process, with my doings endorsed thereon, letter prepaid, Certified Mail, Return Receipt Requested, addressed to **Edwin L. Baum, Agent for Service, Dade Realty Company I, LLC, 11341 Ohanu Circle, Boynton Beach, FL 33437.**

*(On March 19, 2019, I spoke with Atty. Edwin, Agent for Service for Dade Realty Company I, LLC, via telephone who told me that he is currently residing in FL and to mail him copies of the writ both by certified mail and regular 1st class mail as it is difficult for him to receive certified mail.)*

    And afterwards on March 20, 2019, by virtue hereof and by direction of the Plaintiffs attorney, I left a true and attested copy of the original Writ, Summons, Complaint, form JD-CV-103 attached as the first page, Appearance Form and entire process, with and in the hands of **Sheri Speer, Agent for Service and authorized to accept service for Southern New England Home Buyers, LLC,** the within named defendant, at said **151 Talman Street, Norwich, CT.**

    The within and foregoing is the original Writ, Summons, Complaint, form JD-CV-103, Appearance Form and entire process, in my hands for service, with my doings endorsed hereon.

Attest:

Joseph C. Heap II
State Marshal

**Fees:**
Defendants............ $ 60.00
Travel................     1.16
Pages.................    39.00
Endorsements..........     4.00
Postage...............     8.00
        Total   $112.16